NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLAINE SULLIVAN, STACEY SULLIVAN,**
*Petitioners*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent*

---

2020-2193

---

Petition for review pursuant to 38 U.S.C. Section 502.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of petitioners' unopposed motion to dismiss this petition for review pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

(1) The motion is granted. The case is dismissed.

2          SULLIVAN v. SECRETARY OF VETERANS AFFAIRS

(2) Each side shall bear its own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 28, 2024
Date

ISSUED AS A MANDATE: May 28, 2024